United States District Court
Northern District of Illinois
Eastern Division

Plaintiff: John Ashford

v.

Defendant: John Doe

John Doe

14cv10468
Judge Ruben Castillo
Magistrate Judge Jeffrey T. Gilbert

RECEIVED

DEC 29 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

✓ Complaint Under The Constitution ("Bivens" Action), Title 28 Section 1331 U.S. Code (federal defendants)

I. Plaintiff:
a. Name: John Ashford

b. Prisoner identification number: M30941

c. Place of present confinement: Hill Correctional Center

d. Address: P.O. Box: 1700 Galesburg, Ill, 61402

II. Defendants:
a. Defendant: John Doe

Title: Chicago Police Officer

Place of Employment: Central and Foster 16th District

b. Defendant: John Doe

Title: Chicago Police Officer

Place of Employment: Central and Foster 16th District

IV. Statement of Claim:

On August 28th, 2014 I was with my fiancé Makennzee Curran and some friends at my friend Joel Alduma's house. I was asleep with my fiancé on my lap in Joel Alduma's garage on a couch. All of the sudden a Chicago Police Officer kicked the garage door down followed by his 1 partner. I was awakened by the sudden noise and was caught by surprise. The first officer was a white male, about 6 feet or above, and weighed an easy 260 lbs or above in fat weight with short or a bald head. His partner was another fat weighted officer about 230 pounds, tan skin-tone, looked of indian ancestry, and a straight buzz cut very short. The first white officer screamed, "Stop resisting!" at the top of his lungs and bull rushed me while screaming like a man on drugs, "Aaagh" and through me on the wall and smacked my face on a hanging latter. This first action of aggression cut my right eye brow. He then threw me on the floor and both of my knees scraped against the concrete floor which caused them both to split open. That was the second act of aggression. The same officer then stepped on my right hand and put his boot to work as he purposely stomped and twist his boot on my right hand on the concrete. That was the third act of aggression. The forth act of aggression was when the officer lifted me up by my right hand and put it behind my back as he lifted my right arm, streching it until it popped. The officer then put the handcuffs on me and Joel Alduma kept asking, "where is your warrant?" with no response from either officer. I also asked, "What is your name and badge number?" with no response. And they purposely squeezed the handcuffs until it completly cut off the circulation on my wrists. I was then arraigned in Cook County on the 29th of August 2014. My fiancé Makennzee Curran bonded me out on

August 30th, 2014. I then took pictures on my IPad mini when I was bonded out.

V. Relief:

I want the Court to enloke an amount of $2,000,000 for physical and PERMINET damages to my person.

VI. The plaintiffs demand that the case be tried by a jury. ☑ Yes

By signing this complaint, I certify, that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of December, 2014

Signature of Plaintiff: *John Ashford*

Print Name: John Ashford

I.D.#: M30941

Address: P.O. Box: 1700 Galesburg, Ill, 61402

I am John Ashford and I have written up a lawsuit for Chicago Police Officers that used excesive force against me. But to finish my Lawsuit I need this certificate signed by an Authorized officer. I was adviced by a Correctional officer to send this Certificate to you. Can I please have a sigpature from you to remedy the wrong done to my person by Chicago Police Officers?



Request Slip

To: Bill Smith / Business Office

From: John Ashford

I.D.: M30241   Living Unit: ID-70

Signature: *John Ashford*

# Affidavit

My name is John Ashford and I still have yet to obtain the pictures I have taken of my injuries. Due to the circumstances I am in, I am trying to obtain the pictures through a character witness to the events that took place on August 28th, 2014. I am formally requesting that the court proceed until I obtain possesion of the further evidence to my claims.

Signature: *John Ashford*

Date: December 25th, 2014