John Ashford
M30941
P.O. Box: 1700
Galesburg, Ill, 61402



Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, Ill, 60604

DC
RECEIVED
DEC 29 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

INSPECTED
U.S. Marshals

14cv10468
Judge Ruben Castillo
Magistrate Judge Jeffrey T. Gilbert

THIS CORRESPONDENCE IS FROM AN INMATE IN THE ILLINOIS DEPARTMENT OF CORRECTIONS

